No. 22-1093

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

PROMPTU SYSTEMS CORPORATION,

*Appellant*,

v.

COMCAST CABLE COMMUNICATIONS, LLC,

*Appellee*.

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, No. IPR2018-00344

## APPELLEE'S RESPONSE TO MOTION FOR EXTENSION OF TIME

James L. Day
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Mark A. Perry
  *Principal Attorney*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3667
mperry@gibsondunn.com

*Counsel for Appellee Comcast Cable Communications, LLC*

# CERTIFICATE OF INTEREST

Counsel for Appellee Comcast Cable Communications, LLC certifies the following:

1. The full name of every entity represented by me is:

    Comcast Cable Communications, LLC

2. The parties named in the caption are the real parties in interest.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of Appellee are as follows:

    Comcast Corporation and Comcast Holdings Corporation

4. The names of all law firms and the partners or associates that appeared for Appellee in the trial court or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

    KEKER VAN NEST & PETERS LLP: Leo Lam

    FARELLA BRAUN + MARTEL LLP: Daniel Callaway

5. The following pending case may affect or be affected by this appeal:

    *Promptu Systems Corporation v. Comcast Corporation and Comcast Cable Communications, LLC*, No. 2:16-cv-06516 (E.D. Pa.)

6. There are no organizational victims or bankruptcy case debtors or trustees in this appeal.

Dated: January 20, 2022

/s/ *Mark A. Perry*
Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3667
mperry@gibsondunn.com

# APPELLEE'S RESPONSE TO MOTION FOR EXTENSION OF TIME

Appellant Promptu Systems Corporation has filed a request for a 45-day extension of time, to and including March 17, 2022, to file its opening brief in this appeal. Appellee Comcast Cable Communications, LLC does not oppose the extension, but believes it is in the best interest of the parties and the Court to coordinate the briefing in Appeal Nos. 19-2368, 19-2369, 20-1253, and 22-1093, all of which arise from the same family of patents and pertain to the same technology. Comcast intends to file a motion to coordinate briefing in these cases, with a target completion date of September 16, 2022, and designate them for argument before the same merits panel on the same day. Despite repeated requests, Promptu has refused to agree to a coordinated schedule.

Dated: January 20, 2022

Respectfully submitted,

/s/ Mark A. Perry

Mark A. Perry
*Principal Attorney*

James L. Day
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3667
mperry@gibsondunn.com

*Counsel for Appellee Comcast Cable Communications, LLC*

# CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 135 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 27(a)(2)(B).

This response complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because this document has been prepared in a proportionally spaced typeface using Times New Roman, 14-point font.

Dated:  January 20, 2022  　　　　　*/s/ Mark A. Perry*
　　　　　　　　　　　　　　　　　Mark A. Perry
　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　　　(202) 887-3667
　　　　　　　　　　　　　　　　　mperry@gibsondunn.com