NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROMPTU SYSTEMS CORPORATION,**
*Appellant*

**v.**

**COMCAST CABLE COMMUNICATIONS, LLC,**
*Appellee*

---

2022-1093

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00344.

---

**JUDGMENT**

---

JACOB ADAM SCHROEDER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Palo Alto, CA, argued for appellant. Also represented by JOSHUA GOLDBERG, Washington, DC; JOSEPH MICHAEL SCHAFFNER, Reston, VA.

MARK ANDREW PERRY, Weil, Gotshal & Manges LLP, Washington, DC, argued for appellee. Also represented by JOSHUA HALPERN; IAN ANTHONY MOORE, New York, NY;

JAMES L. DAY, JR., Farella Braun & Martel LLP, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 16, 2024
Date

Jarrett B. Perlow
Clerk of Court